# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO SANCHEZ,<br><br>Defendant. | Case No.: 19-CR-250-W<br><br>**ORDER AND JUDGMENT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Indictment in this case is hereby dismissed without prejudice and the bond exonerated.

DATED: 6/28/19

**SO ORDERED.**

_____
HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE